# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 30, 2007

133782

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

TIMOTHY J. MEAGHER,
      Plaintiff-Appellant,

v

PAUL A. LaFONTAINE, SR.,
      Defendant-Appellee.

SC: 133782
COA: 271439
Macomb CC: 2003-004321-CK

_____/

On order of the Court, the application for leave to appeal the January 25, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 30, 2007

_____
Clerk

l0723